**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7259**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SHEILA CLARK LEWIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:14-cr-00088-RGD-TEM-2)

Submitted:  January 22, 2019                    Decided:  January 25, 2019

Before MOTZ, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sheila Clark Lewis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Clark Lewis appeals the district court's order denying her motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lewis*, No. 2:14-cr-00088-RGD-TEM-2 (E.D. Va. Oct. 5, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*